# United States District Court
# Western District of North Carolina
# Statesville Division

| | |
|---|---|
| Shelley Holczer, <br><br> Plaintiff(s), <br><br> vs. <br><br> Lincoln National Life Insurance Company <br> Lincoln National Corporation, <br><br> Defendant(s). | JUDGMENT IN CASE <br><br> 5:23-cv-00145-KDB-DCK |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 16, 2024 Order.

February 16, 2024

Katherine Hord Simon, Clerk
United States District Court